868 P.2d 323

**In re the Marriage of Gina Marie BARBOSA–JOHNSON, Petitioner/Appellee,**

v.

**Ronald John JOHNSON, Jr., Respondent/Appellant.**

**No. CV–93–0157–PR.**

Supreme Court of Arizona.

Feb. 4, 1994.

Eve Parks, Esq. and Jodie Cuccurullo, Burch & Cracchiolo, P.A.

Robert A. Jensen, Jensen & Kelley, P.A.

Ronald John Johnson, Jr.

### ORDER

Prior report: 174 Ariz. 567, 851 P.2d 866.

After hearing argument and further consideration, it appears to the Court that the grant of review in this case was improvident. Therefore,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the petition for review is denied.